IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

JESUS GONZALEZ,

    Plaintiff,

vs.

CASE NO. 1:21-cv-20572-BB

WENDY INTERNATIONAL, LLC d/b/a WENDY'S, D BLUMENTHAL and CHAD CANTRELL TRUSTEES, and MAX BLUMENTHAL,

    Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, JESUS GONZALEZ, and Defendants, WENDY INTERNATIONAL, LLC d/b/a WENDY'S, D BLUMENTHAL and CHAD CANTRELL TRUSTEES, and MAX BLUMENTHAL, file this Notice of Settlement pursuant to Local Rule 16.4 to advise the Court that they have reached an agreement regarding all material issues in this case. The parties are currently drafting the agreement and waiting on their respective client's signature. The parties will file a stipulation for dismissal once settlement agreement is executed, which they reasonably expect to do no later than thirty (30) days for the date of this Notice. The Parties respectfully request that all hearings and deadlines be adjourned.

| | |
|---|---|
| Respectfully submitted,<br><br>*/s/ Joseph R. Ruiz*<br>**JOSEPH R. RUIZ, ESQ**.<br>Florida Bar No. 65732<br>**Zumpano Castro, LLC**<br>*Counsel for Defendants*<br>500 South Dixie Highway, Suite 302<br>Coral Gables, Florida 33146<br>Telephone: (305) 503-2990<br>Email: Joseph.Ruiz@ZumpanoCastro.com<br>Email: Nikki.Marrero@ZumpanoCastro.com | Respectfully submitted,<br><br>*/s/ J. Courtney Cunningham*<br>**J. COURTNEY CUNNINGHAM**<br>Florida Bar No. 628166<br>**J. Courtney Cunningham, PLLC**<br>*Counsel for Plaintiff*<br>8950 SW 74 Court, Suite 201<br>Miami, Florida 33156<br>Telephone: (305) 351-2014<br>Email: cc@cunninghampllc.com |

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2021 I electronically filed or caused to be filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served this day on all counsel or parties of record via transmission of a Notice of Electronic Filing generated by CM/ECF.

By: */s/ Joseph R. Ruiz*
     **Joseph R. Ruiz, Esq**.